EDWARD H. KUBO, JR. # 2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON # 4532
Violent Crimes Section Chief

MARSHALL H. SILVERBERG # 5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 17 2004

at _____ o'clock and _____ min. ___ M.
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00387 DAE |
|---|---|---|
| Plaintiff, | ) | FIRST SUPERSEDING INDICTMENT |
| vs. | ) | Count 1: 18 U.S.C. §§ 922(g)(5)(A) and 924(a)(2) |
| KONILETI LATU, | ) | Count 2: 18 U.S.C. §§ 922(g)(5)(B) and 924(a)(2) |
| Defendant. | ) | |

**FIRST SUPERSEDING INDICTMENT**

### COUNT 1
(18 U.S.C. §§ 922(g)(5)(A) & 924(a)(2))

The Grand Jury charges that:

On or about May 15, 2004, in the District of Hawaii, the defendant KONILETI LATU who, being an alien who was illegally and unlawfully in the United States, did knowingly possess in and affecting commerce a firearm, to wit, a Lorcin Model L380 semi-automatic handgun, serial number 338865, that was manufactured outside the State of Hawaii and transported at some earlier point in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

### COUNT 2
(18 U.S.C. §§ 922(g)(5)(B) & 924(a)(2))

The Grand Jury further charges that:

On or about May 15, 2004, in the District of Hawaii, the defendant KONILETI LATU who, being an alien who had been admitted to the United States under a non-immigrant visa (as that term is defined in section 101(a)(26) of the Immigration and Nationality Act, did knowingly possess in and affecting commerce a firearm, to wit, a Lorcin Model L380 semi-automatic handgun, serial number 338865, that was manufactured outside the State of Hawaii and transported at some earlier point in interstate commerce to Hawaii.

All in violation of Title 18, United States Code, Sections 922(g)(5)(B) and 924(a)(2).

Sentencing Allegations

1) With respect to both offenses charged herein and pursuant to section 2K2.1(b)(5) of the United States Sentencing Guidelines, the defendant KONILETI LATU possessed the firearm in connection with another felony offense, that is, Terroristic Threatening in the First Degree in violation of Hawaii Revised Statutes Section 707-716; and

2) With respect to both offenses charged herein and pursuant to section 2K2.1(b)(4) of the United States Sentencing Guidelines, the firearm was stolen.

DATED: Nov. 17, 2004, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
MARSHALL H. SILVERBERG
Assistant U.S. Attorney

UNITED STATES v. KONILETU LATU,
Cr. No. 04-00387 DAE (First Superseding Indictment)

3