UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**    U.S.A. vs. KONILETI LATU

   **U.S. COURT OF APPEALS DOCKET NUMBER:** 05-10815

   **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

   **U.S. DISTRICT COURT DOCKET NUMBER:** CR 04-00387DAE-01

   RECEIVED
   CLERK U.S. DISTRICT COURT
   JAN 0 3 2006
   DISTRICT OF HAWAII

II  **DATE NOTICE OF APPEAL FILED:**    11/22/05

III  **U.S. COURT OF APPEALS PAYMENT STATUS:** FEDERAL DEFENDER APPONTED

   **DOCKET FEE PAID ON:**            **AMOUNT:**
   **NOT PAID YET:**                  **BILLED:**
   **U.S. GOVERNMENT APPEAL:**        **FEE WAIVED:**
   WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?
   IF YES, SHOW DATE:
   WAS F.P. STATUS REVOKED:           DATE:
   WAS F.P. STATUS LIMITED IN SOME FASHION?
   IF YES, EXPLAIN:

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

   Laila M. Geronimo

___

AMENDED NOTIFICATION _____  PAID _____  F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)