IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

12/9

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 2 3 2006
at __ o'clock and __ __M
SUE BEITIA, CLERK

U.S. Court of Appeals Case No. _____    U.S. District Court Case No. __04-00387 DAE__

Short Case Title __United States v. Konileti Latu__

Date Notice of Appeal Filed by Clerk of District Court __November 22, 2005__

**SECTION A** - To be completed by party ordering transcript

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
|  |  | Voir Dire |
|  |  | Opening Statements |
|  |  | Settlement Instructions |
|  |  | Closing Arguments |
|  |  | Jury Instructions |
| 1/18/05 | Cynthia Fazio | Pre-Trial Proceedings  Mtns In Limine; Mtns to Dismiss |
| 1/28/05 | Cythia Fazio | Other (please specify)  Mtn to Dismiss |
| 2/15/05 | Larraine Sinclair-ESR | Change of Plea |
| 11/15/05 | Debra Chun | Sentencing |

(additional page for designations if necessary)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 0 7 2005
at __ o'clock and __ min __M
SUE BEITIA, CLERK

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
( ) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
(X) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __December 7, 2005__    Estimated date for completion of transcript __January 7, 2006__

Print Name of Attorney __James S. Gifford__    Phone Number __541-2521__

Signature of Attorney _____

Address __300 Ala Moana Blvd., Suite 7104, Honolulu, HI 96820__

**SECTION B** - To be completed by court reporter

I, _____ (signature of court reporter), have received

(X) Arrangements for payment were made on __12-9-2005__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

__63__ Approximate Number of Pages in Transcript--Due Date __1-7-2006__

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
DEC 1 2 2005
at __ o'clock and __ min __M
SUE BEITIA, CLERK

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __11/23/05__  Court Reporter's Signature _____

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.

__Sue Beitia__  __01/23/06__  BY: __Alison Cheney__
(U.S. District Court Clerk)  (date)       DEPUTY CLERK