
Cathy A. Catterson
Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939



(415) 355-8000

April 10, 2007

USDC, Hawaii
District of Hawaii (Honolulu)
United States Courthouse
Honolulu, HI 96850

RECEIVED
CLERK, U.S. DISTRICT COURT

APR 12 2007

DISTRICT OF HAWAII

| No. | Title | Agency/D.C. No. |
|---|---|---|
| 05-10815 | USA v. Latu | CR-04-00387-DAE |

Dear Clerk:

The following document in the above listed cause is being sent to you under cover of this letter.

- *Certified copy of the Decree of the Court*

The record on appeal will follow under separate cover. Please acknowledge receipt on the enclosed copy of this letter.

Very truly yours,

Cathy A. Catterson
Clerk of Court

By: Candace Permillion
Deputy Clerk

Enclosure(s)
cc: All Counsel

INTERNAL USE ONLY: Proceedings include all events.
05-10815 USA v. Latu

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Marshall H. Silverberg, Esq.<br>808-541-2850<br>Suite 6100<br>[COR LD NTC aus]<br>Office of the United States Attorney<br>Prince Kuhio Federal Building<br>300 Ala Moana Blvd<br>Honolulu, HI 96850 |
| v. | |
| KONILETI LATU<br>    Defendant - Appellant | Donna M. Gray, AFPD<br>FAX 808/514-3535<br>808/541-2521<br>Suite 7104<br>[COR LD NTC afp]<br>FPDHI - FEDERAL PUBLIC DEFENDER'S OFFICE (HONOLULU)<br>PJKK Federal Bldg.<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850-5269 |