EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG  #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone: 541-2850
facsimile: 541-2958
e-mail: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00387 DAE |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR WRIT |
| | ) | OF HABEAS CORPUS AD |
| vs. | ) | PROSEQUENDUM |
| | ) | |
| KONILETI LATU, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The UNITED STATES OF AMERICA, by the United States Attorney, alleges as follows:

That there is now detained in the Halawa Correctional Facility, 99-902 Moanalua Highway, Honolulu, Hawaii 96701, in the custody of the Warden, the defendant in the above-captioned case, KONILETI LATU, which case will be called for a Resentencing on the 30th day of May, 2007, at the hour of 9:00 a.m., and that it is necessary to have said defendant present in the courtroom of

the Honorable David A. Ezra, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said prisoner to the United States Marshal in order to procure his presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

      WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure the prisoner's presence before the Honorable David A. Ezra, in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of the prisoner and at the termination of the proceedings involving said prisoner return him to the Halawa Correctional Facility, 99-902 Moanalua Highway, Honolulu, Hawaii 96701.

      DATED: May 2, 2007, at Honolulu, Hawaii.

                                EDWARD H. KUBO, JR.
                                United States Attorney
                                District of Hawaii

                                By /s/ Marshall H. Silverberg
                                  MARSHALL H. SILVERBERG
                                  Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issued as prayed for herein;



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: May 3, 2007

United States v. KONILETI LATU
CR. NO. 04-00387 DAE
"Application and Order for Writ of
  Habeas Corpus Ad Prosequendum"