ORIGINAL

EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

MARSHALL H. SILVERBERG  #5111
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone: 541-2850
facsimile: 541-2958
e-mail: marshall.silverberg@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 03 2007

at 2 o'clock and 15 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO. 04-00387 DAE |
|---|---|---|
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| vs. | ) | |
| KONILETI LATU, | ) | |
| Defendant. | ) | |

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO:  The Warden, Halawa Correctional Facility, 99-902 Moanalua Highway, Honolulu, Hawaii, 96701; and to the United States Marshal for the District of Hawaii, or his assistant.

G R E E T I N G S

We command that you, the Warden, Halawa Correctional Facility, produce the body of KONILETI LATU, now in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and

further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable David A. Ezra, United States District Judge, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the 30th day of May, 2007, at the hour of 9:00 a.m. for the Resentencing of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said KONILETI LATU shall remain with the United States Marshal. The delivery of the body of said KONILETI LATU by the United States Marshal to the courtroom of the Honorable David A. Ezra until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said KONILETI LATU to the custody of the Halawa Correctional Facility shall be deemed sufficient compliance with this Writ.

WITNESS the Magistrate of the United States District Court for the District of Hawaii.

DATED: May 3, 2007, at Honolulu, Hawaii.

SUE BEITIA, Clerk
United States District Court
for the District of Hawaii

*[signature: Anna Chang]*

ANNA F. CHANG, Deputy Clerk

United States v. KONILETI LATU
CR. NO. 04-00387 DAE
"Writ of Habeas Corpus Ad Prosequendum"