# RECORDS RETURN

**RECEIVED**
CLERK U.S. DISTRICT COURT
OCT 02 2007
2:02 pm
DISTRICT OF HAWAII

DATE: September 28, 2007

TO: U.S DISTRICT COURT CLERK'S OFFICE
300 Ala Moana Blvd., Room C-338
Honolulu, Hawaii 96813

FROM: U.S. COURT OF APPEALS, NINTH CIRCUIT
U.S. Circuit Judge Johnnie B. Rawlinson
333 Las Vegas Boulevard South, Room 7072
Las Vegas, Nevada 89101

BY: Leah D'Onofrio
(702) 464-5670

TITLE: **U.S. v. Latu**

CA No. 05-10815           DC No. CR 04-00387DAE

2 VOLUMES OF CLERK'S FILES
2 REPORTER'S TRANSCRIPTS

**Other**:

6 SEALED DOCUMENTS

cc: Records Unit, Clerk's Office, San Francisco
    Steve Seferian: (415) 355-8559 (Fax)

*[handwritten: received 2 Files, 2 Transcripts, 6 sealed docs.]*